**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 415 MAL 2019

                 Respondent          :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

             v.                       :

                                     :

KENYATTA GENE BROOKS,             :

                 Petitioner           :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 7th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.